UNITED STATES GYPSUM TRANSPORTATION CO., Libelant-Appellant, v. DAMPSKIBS AKTIESELSKABET KARMOY, as Owner of THE S. S. KARMOY, Respondent-Appellee.

No. 37.

Circuit Court of Appeals, Second Circuit.

Dec. 7, 1931.

Barry, Wainwright, Thacher & Symmers, of New York City (Earle Farwell, of New York City, of counsel), for appellant.

Haight, Smith, Griffin & Deming, of New York City (Clarence Bishop Smith, of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree, 48 F.(2d) 376, affirmed on opinion below.